McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| 2144 South Ash Street<br>Stockton, California 95206 | 2:19-SW-0182 AC |
| 3273 Juliet Road<br>Stockton, California 95205 | 2:19-SW-0183 AC |
| A black 2006 Sport Utility Vehicle bearing California license plate 5SBE399, VIN 1J8HR68216C220946 | 2:19-SW-0184 AC |
| A red Ford Ranger pickup truck bearing California license plate 7X37790, VIN 1DTZR44E56PA39922 | 2:19-SW-0185 AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3-14-19

The Honorable Deborah L. Barnes
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1